UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MENDEZ HOLLIDAY,

      Plaintiff,

      v.

VILLAGE OF PAW PAW,
PAW PAW POLICE DEPARTMENT,
and SAM CARLSEN,

      Defendants.

_____/

Case No. 1:25-cv-391

HONORABLE PAUL L. MALONEY

### ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on April 9, 2025.  Defendants filed a motion to dismiss.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 18, 2026, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 8) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  March 12, 2026                              /s/  Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge