UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MENDEZ HOLLIDAY,

     Plaintiff,

                           Case No. 1:25-cv-391

v.

                           HONORABLE PAUL L. MALONEY

VILLAGE OF PAW PAW,
PAW PAW POLICE DEPARTMENT,
and SAM CARLSEN,

     Defendants.

_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  March 12, 2026                  /s/  Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge